**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------X
MATTHEW LEAVENS, *on behalf of herself and all others similarly situated,*

                Plaintiff,

    - against -

TRANSWORLD SYSTEMS, INC.,

                Defendant.
-----------------------------------------------------------X

FILED
CLERK
3:34 pm, Aug 10, 2018
U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

**JUDGMENT**
CV 17-7360 (JMA) (GRB)

    An Order of Honorable Joan M. Azrack, United States District Judge, having been filed on August 9th, 2018, dismissing the complaint pursuant to Federal Rule of Civil Procedure 41(b), and directing the Clerk of Court to mark this case closed, it is

    **ORDERED AND ADJUDGED** that plaintiff Matthew Leavens take nothing of defendant Transworld Systems, Inc., that the complaint is dismissed; and that this case is hereby closed.

Dated: Central Islip, New York
         August 10, 2018

                                        DOUGLAS C. PALMER
                                        CLERK OF THE COURT

                           BY:    /S/ CHELSEA TIRADO
                                        DEPUTY CLERK